MT. DERM GmbH and NOUVEAU COSMETIQUE USA, Inc.
v.
JOKER TATTOO SUPPLY LLC

# EXHIBIT C

Exhibit C - Page 1

**Exhibit C: Preliminary Claim Chart**

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| 1. An ink application device for tattooing or for making permanent make-up, comprising: | The Pro Cartridge Needle Cartridges, together with a cartridge tube / grip and standard tattoo machine with an operably connected drive rod, such as the Pro Grip Disposable Tattoo Needle Cartridge Grips identified in Paragraphs 8, 11, and 12 of Plaintiffs' Complaint For Patent Infringement ("the Complaint") that are sold by Joker, or together with a tattoo machine configured to directly receive and drive the cartridges (such as the Cheyenne Hawk tattoo machine) provide an ink application device for tattooing or for making permanent make-up, as claimed. |
| a basic module having a handle and an integrated needle drive; | The Cheyenne Hawk provides a basic module having a handle and an integrated needle drive.<br><br>[Image: Photographs of the Cheyenne Hawk device with labels pointing to "Handle", "Drive Rod", and "Motor (inside Housing)".]<br><br>Cartridge grips, such as the Pro Grip Disposable Tattoo Needle Cartridge Grips identified in Paragraph 11 of the Complaint sold by Joker, when attached to a standard tattoo machine, such as the tattoo machines identified in Paragraph 12 of the Complaint with a drive rod (not depicted) operably connected to the tattoo machine, both sold and/or offered for sale by Joker, provide a basic module having a handle and an |

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| | integrated needle drive.<br><br>*Dragonfly X2 Rotary Tattoo Machine* — Motor (inside housing)<br><br>*Pro Grip Disposable Tattoo Needle Cartridge Grip* — Handle<br><br>https://www.jokertattoo.net/tattoo-machines-20/<br><br>https://www.jokertattoo.net/tattoo-machines-20/dragonfly-x2-rotary-machines-131/ |

2

Exhibit C - Page 3

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| | https://www.jokertattoo.net/index.php?main_page=product_info&cPath=236_52_238&products_id=2348 |
| and a unitary sterilized disposable module including an outer housing and a needle, wherein the outer housing substantially surrounds the needle, which is supported at one end of the unitary sterilized disposable module by a needle nozzle and which is supported at another end of the disposable module by a portion that can contact the integrated needle drive, | The Joker Pro Cartridge Needle Cartridges are a unitary sterilized disposable module, as claimed.  ![Pro Cartridges from Joker Tattoo Supply. Highest quality needle cartridges in the industry. Sterilized by Ethylene Oxide Gas.]  https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle-Cartridges-3RL  The Joker Pro Cartridge Needle Cartridges are unitary and include an outer housing substantially surrounding a needle, which is supported at one end of the disposable module by a needle nozzle and which is supported at another end of the disposable module by a portion that can contact the integrated needle drive: |

3

Exhibit C - Page 4

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| | ![Diagram of tattoo needle cartridge with labels: Portion that can contact the integrated needle drive; Outer housing substantially surrounding the needle; Needle; Needle nozzle]<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle_Cartridges<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle-Cartridges-3RL |
| the needle being movable relative to the outer housing, | The needle of the Joker Pro Cartridge Needle Cartridges are movable relative to the outer housing. During use, the needle cartridge extends from its normal, retracted state so as to exit the needle nozzle.<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle_Cartridges<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle-Cartridges-3RL |
| and an ink receiving portion disposed around | The Joker Pro Cartridge Needle Cartridges include an ink receiving portion disposed around the needle: |

4

Exhibit C - Page 5

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| the needle, | Ink receiving portion disposed around the needle<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle_Cartridges<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle-Cartridges-3RL |
| means for allowing simultaneous removal of the entire unitary sterilized disposable module from the basic module. | The structure of the housing of the Joker Pro Cartridge Needle Cartridges is designed to be inserted within a corresponding opening of the handle of the tattoo machine, such as the Cheyenne Hawk, or within the opening on a cartridge grip.<br><br>The Joker Pro Cartridge Needle Cartridges include the structure located at the proximal end of the housing, which is designed to provide for the insertion and retention into the opening of the basic module, as well as to provide for removal of the entire cartridge from the basic module.  This structure |

5

Exhibit C - Page 6

| U.S. Patent No. 6,505,530 | Identification Of Where Each Limitation Is Found Within Accused Instrumentality |
|---|---|
| | corresponds to the means for allowing simultaneous removal of the entire unitary sterilized disposable module from the basic module:<br><br>*[Image: tattoo needle cartridge with annotations "Means for allowing simultaneous removal of the entire disposable module from the basic module" and "Outer housing substantially surrounding the needle"]*<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle_Cartridges<br><br>https://www.jokertattoo.net/Pro-Cartridge-Tattoo-Needle-Cartridges-3RL |