William E. Thomson, Jr. (CA SBN 47195)
wthomson@brookskushman.com
David A. Randall (CA SBN 156722)
drandall@brookskushman.com
BROOKS KUSHMAN P.C.

Michael R. Dzwonczyk, Esq.
Grant S. Shackelford, Esq.
Benjamin M. Cappel, Esq.
SUGHRUE MION, PLLC
mdzwonczyk@sughrue.com
gshackelford@sughrue.com
bcappel@sughrue.com
*Attorneys for Plaintiffs*
*Mt. Derm GmbH and*
*Nouveau Cosmetique USA, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MT. DERM GmbH and NOUVEAU COSMETIQUE USA, Inc., <br><br>Plaintiffs,<br>v.<br><br>JOKER TATTOO SUPPLY LLC<br><br>Defendant. | Case No. 1:17-CV-00949-LJO-BAM <br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(D)** |

The parties having stipulated to the substitution of J Graphics, LLC, as the Defendant in this action in place and instead of Joker Tattoo Supply LLC, and good cause appearing, IT IS HEREBY ORDERED that J Graphics, LLC is substituted as the Defendant in place of Joker Tattoo Supply LLC. (Doc. 23). Accordingly, the caption for this case shall be amended to reflect that J Graphics, LLC is the sole proper defendant in this matter.

IT IS SO ORDERED.

Dated: __**November 20, 2017**__          /s/ *Barbara A. McAuliffe* _
                                          UNITED STATES MAGISTRATE JUDGE